IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| TURF CUSHION, INC., et al,<br><br>   Plaintiffs,<br><br>v.<br><br>THE RECREATIONAL GROUP, LLC, et al,<br><br>   Defendants. | Civil Action No. 4:21-cv-00204-LMM |

**JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

**1. Description of Case:**

(a) Describe briefly the nature of this action.

This is a civil action alleging infringement of United States Patent No. 10,870,951 (the "'951 Patent"). Plaintiffs seek judgment that Defendants infringed and continue to infringe the '951 Patent by making, using, selling, offering for sale, and/or importing the Polygreen Pro foam products, in violation of 35 U.S.C. § 271(a).

Plaintiffs seek damages sufficient to compensate Plaintiffs for Defendants'

* * * * * * * * * * * * *

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

See attached Litigation Schedule.

IT IS SO ORDERED, this __7th__ day of _____March_____, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA

22

# EXHIBIT A

# ~~PROPOSED~~ LITIGATION SCHEDULE

| TASK | (PATENT) LOCAL RULE | DEADLINE |
|---|---|---|
| Joint Preliminary Report and Discovery Plan Filed | L.R. 16.2 | 02/14/2022 |
| Discovery Begins | | 02/14/2022 |
| Parties Serve Initial Disclosures | | 02/14/2022 |
| Plaintiff's Infringement Contentions | P.L.R. 4.1 | 3/16/2022 |
| Defendants' Disclosure of Invalidity Contentions Defendants' Response to Infringement Contentions | P.L.R. 4.2/4.3 | 4/15/2022 |
| Exchange of Proposed Terms for Claim Construction | P.L.R. 6.1(a) | 5/15/2022 |
| Exchange of Preliminary Constructions and Preliminary Identification of Extrinsic Evidence | P.L.R. 6.2 | 6/4/2022 |
| Joint Claim Construction Statement | P.L.R. 6.3 | 6/24/2022 |
| End of Claim Construction Discovery | P.L.R. 6.4 | 7/9/2022 |
| Simultaneous Opening Claims Construction Briefs Due | P.L.R. 6.5(a) | 7/24/2022 |
| Simultaneous Responsive Claim Construction Briefs Due | P.L.R. 6.5(b) | 8/13/2022 |
| Claim Construction Hearing | P.L.R. 6.6 | At the Court's convenience |
| End of Factual Discovery Period | P.L.R. 6.7 | 45 days after the Court issues its Claim Construction Order* |
| Initial Expert Witness Disclosures – Issues on which each party bears the burden of proof | P.L.R. 7.1(b) | 45 days after the close of fact discovery |
| Initial Expert Witness Disclosures – Issues on which the opposing party bears the burden of proof | P.L.R. 7.1(c) | 90 days after the close of fact discovery |
| Rebuttal Expert Witness Disclosures | P.L.R. 7.1(d) | 110 days after the close of fact discovery |
| Depositions of Expert Witnesses begin | P.L.R. 7.2 | 120 days after the close of fact discovery |
| Depositions of Expert Witnesses end | P.L.R. 7.2 | 150 days after the close of fact discovery |

| TASK | (PATENT) LOCAL RULE | DEADLINE |
|---|---|---|
| **Dispositive Motions Deadline** | L.R. 56.1 | 45 days after Close of Period for Expert Depositions |
| **Consolidated Pretrial Statement** | L.R. 16.4 | 30 days after Court's ruling on any pending motions for summary judgment |

\* Pursuant to Local Rule 56.1D and Local Patent Rules 6.7 and 7.1(b), this and all subsequent deadlines are contingent upon the timing of when the Court issues its claim construction ruling.